1  Thomas E. Frankovich (SBN 074414)
   THOMAS E. FRANKOVICH, APLC
2  1163 Hoff Way, #203
   Orland, CA 95963
3  Telephone: (530) 824-1000
4  Email: tfrankovich@disabilitieslaw.com

5  Attorney for Plaintiff,
   JESUS TORRES
6

7
                 UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9

10

11 JESUS TORRES,                    )  Case No.: 3:18-cv-02254-JD
                                    )  <u>Civil Rights</u>
12      Plaintiff,                  )
                                    )
13      vs.                         )  STIPULATION OF DISMISSAL AND
                                    )  ORDER THEREON
14 DOCTORS BUILDING, LLC,           )
                                    )
15                                  )
        Defendant.                  )  Case Filed: April 15, 2018
16                                  )  Trial Date: None Set
17 _____)

18

19      THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD

20 HEREBY stipulate to dismissal of this action in its entirety with prejudice pursuant to

21 Fed.R.Civ.P.41(a)(2).

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

Dated: June 25, 2020

THOMAS E. FRANKOVICH,
A PROFESSIONAL LAW CORPORATION

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff,
BYRON CHAPMAN

Dated: June 25, 2020

CP LAW GROUP

By: /s/ Maral Injeyan Gasparian
Maral Injeyan Gasparian
Attorney for Defendant,
DOCTORS BUILDING, LLC

ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: JUNE 26, 2020

_____
Honorable James Donato
United States District Court Judge